**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer (MS-4900)
590 Madison Avenue
New York, New York 10022
Telephone: 212.872.1000
Facsimile: 212.872.1002

James R. Savin (*pro hac vice*)
Michele A. Roberts (*pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington D.C. 20036
Telephone: 202.887.4000
Facsimile: 202.887.4288

**TEICH GROH**
Michael A. Zindler
691 State Highway 33
Trenton, NJ 08619
Telephone: 609.890.1500
Facsimile: 609.890.6961

Attorneys for the Official Committee of
Bondholders of Congoleum Corporation, *et al.*

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CONGOLEUM CORPORATION, *et. al.*,<br><br>    Debtors and Debtors-in-Possession. | Chapter 11<br>Case No. 03-51524 (KCF)<br>Jointly Administered |
| CONGOLEUM CORPORATION, Debtor-in-Possession,<br><br>    Plaintiff,<br><br>    v.<br><br>ARTHUR J. PERGAMENT, as the Collateral Trustee of the Collateral Trust, *et. al.*,<br><br>    Defendants. | Adv. Proc. No. 05-06245 |

**OFFICIAL COMMITTEE OF BONDHOLDERS' NOTICE OF APPEAL**

The Official Committee of Bondholders (the "Bondholders' Committee") of Congoleum Corporation and its affiliated debtors, a plaintiff[1] in the above-captioned adversary proceeding (the "Adversary Proceeding"), pursuant to 28 U.S.C. § 158(a), by its undersigned counsel, hereby gives notice that it is appealing the Order Denying Summary Judgment to Debtors and Granting Summary Judgment in Favor of Defendants on Counts XVII, XVIII, XIX, and XX of the Third Amended Complaint in the Omnibus Adversary Proceeding signed on January 24, 2008 by the Honorable Kathryn C. Ferguson, United States Bankruptcy Court for the District of New Jersey and placed on the docket on January 25, 2008 [Docket No. 266].

The parties to the Orders appealed from and the names, addresses and telephone numbers of their respective counsel are set forth on Exhibit A, attached hereto.

Dated: February 1, 2008                    Respectfully Submitted,

                                                    **TEICH GROH**

                                        By: /s/ *Michael A. Zindler*
                                                  Michael A. Zindler
                                                  691 State Highway 33
                                                  Trenton, NJ 08619
                                                  Telephone: 609-890-1500
                                                  Facsimile: 609-890-6961

                                                  and

                                                  **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                                  Michael S. Stamer
                                                  590 Madison Avenue
                                                  New York, New York 10022
                                                  Telephone: 212.872.1000
                                                  Facsimile: 212.872.1002

---

[1] The Bondholders' Committee is a plaintiff-intervenor pursuant to this Court's April 25, 2006 Order Granting the Official Committee of Bondholders' Motion to Intervene Pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 7024(a) and (b).

James R. Savin (*pro hac vice*)
Michele A. Roberts (*pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington D.C. 20036
Telephone: 202.887.4000
Facsimile: 202.887.4288

Attorneys for the Official Committee of
Bondholders of Congoleum Corporation, *et al.*

**Exhibit A**

| Party | Represented By |
|---|---|
| Congoleum Corporation, *et al.*, debtors and debtors-in-possession | Okin, Hollander & DeLuca, LLP<br>Gregory S. Kinoian, Esq.<br>James DeLuca, Esq.<br>Paul S. Hollander, Esq.<br>One Parker Plaza<br>Fort Lee, NJ  07024<br>201-947-7500<br>gkinoian@ohdlaw.com<br><br>Pillsbury Winthrop Shaw Pittman, LLP<br>Rickard Epling, Esq.<br>Kerry Brennan, Esq.<br>Karen Dine, Esq.<br>1540 Broadway<br>New York, NY  10036<br>212-858-1000<br>richard.epling@pillsburylaw.com |
| Official Committee of Bondholders | Teich Groh<br>Michael A. Zindler<br>691 State Highway 33<br>Trenton, NJ 08619<br>609-890-1500<br>mzindlerTGFZ@aol.com<br><br>Akin Gump Strauss Hauer & Fled, LLP<br>Michael Stamer, Esq.<br>590 Madison Ave.<br>New York, NY  10022<br>212-872-1000<br>mstamer@akingump.com<br><br>Akin Gump Strauss Hauer & Fled, LLP<br>James R. Savin, Esq.<br>Michele A. Roberts, Esq.<br>1333 New Hampshire Ave., N.W.<br>Washington, DC  20036<br>202-887-4000<br>jsavin@akingump.com |

| Party | Represented By |
|---|---|
| United States Trustee | Office of the United States Trustee<br>Martha Hildebrandt, Esq.<br>Mitchell B. Hausman, Esq.<br>One Newark Ctr.<br>Suite 2100<br>Newark, NJ  07102<br>973-645-3660<br>Mitchell.B.Hausman@usdoj.gov |
| Future Claimants | Forman Holt Eliades & Ravin LLC<br>Stephen B. Ravin, Esq.<br>80 Route 4 East<br>Suite 290<br>Paramus, NJ 07652<br>201-845-1000<br>sravin@formanlaw.com<br><br>Orrick Herrington & Sutcliffe LLP<br>Roger Frankel, Esq.<br>Richard H. Wyron, Esq.<br>Jonathan P. Guy, Esq.<br>1152 15th Street, NW<br>Washington, DC 20005<br>202-339-8400<br>jguy@orrick.com |
| Arthur J. Pergament | Bruce Levitt<br>Levitt & Slafkes, P.C.<br>76 S. Orange Ave., Ste. 305<br>South Orange, NJ 07079<br>973-313-1200<br>levitt-slafkes@psinet.com |
| Joseph F Rice | Bruce Levitt<br>(See above for address) |
| Motley Rice LLC | Bruce Levitt<br>(See above for address) |
| Perry Weitz | Bruce Levitt<br>(See above for address) |
| Weitz & Luxenberg, P.C. | Bruce Levitt<br>(See above for address) |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| All defendants listed on Exhibits 3, 5, 8, 10, 12, 13, 19, 22, 30, 32, 39, 41, 49, 51, 61, 64, 69, 76, 77, 81, 83, 86, 88, & 90 | Van J. Hooker<br>Sander L. Esserman<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75214<br>214-969-4920<br>hooker@sbep-law.com |
| 1 | Baggett, McCall, Burgess, Watson & Gaughan<br>3006 Country Club Road<br>P.O. Drawer 7820<br>Lake Charles, Louisiana 70606-7820<br>337-478-8888<br>jgaughan@baggettmccall.com |
| 2 | Barton & Williams, P.A.<br>3007 Magnolia Street.<br>Pascagoula, MS 39567<br>228-769-1989<br>harvey@bartonandwilliams.com |
| 3 | Belluck & Fox, LLP<br>295 Madison Avenue, 37th Floor<br>New York, NY 10017<br>212-681-1575<br>bfitzpatrick@belluckfox.com |
| 4 | The Boechler Law Firm<br>1120 28th Ave., N., Ste. A<br>P.O. Box 1932<br>Fargo, ND 58107-1932<br>701-237-3071<br>lboec@aol.com |
| 5 | Brayton Purcell LLP<br>222 Rush Landing Road<br>PO Box 6169<br>Novato, CA 94948–6169<br>415-898-1555<br>cskubic@braytonlaw.com |
| 6 | Brown & Gould<br>7700 Old Georgetown Rd., Suite 500<br>Bethesda, MD 20814<br>301-718-4548<br>dbrown@brownandgould.com |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| 7 | Cheryl L. White & Associates<br>1136 Ballena Blvd<br>Alameda, CA 94501<br>510-523-4111<br>cboggs@bcoonlaw.com |
| 8 | Cooney & Conway<br>120 N Lasalle St., Suite 3000<br>Chicago, IL 60602-2415<br>312-236-6166<br>kbyrne@cooneyconway.com |
| 9 | David C. Thompson<br>321 Kittson Avenue<br>P.O. Box 5235<br>Grand Forks, North Dakota 58201<br>1-800-704-7012<br>dct@rrv.net |
| 10 | David M. Lipman, P.A.<br>5901 South West 74th St., Suite 304<br>Miami, Florida 33143<br>305-662-2600<br>arivero@davidlipmanlaw.com |
| 11 | Ferraro & Associates, P.A.<br>4000 Ponce de Leon Blvd., Suite 700<br>Miami, Florida 33146<br>305-375-0111<br>daj@ferrarolaw.com |
| 12 | Heard, Robins, Cloud & Lubel, LLP<br>3800 Buffalo Speedway, 5th Floor<br>Houston, Texas 77098<br>713-650-1200<br>icloud@heardrobins.com |
| 13 | Hissey, Kientz & Herron, P.L.L.C.<br>16800 Imperial Valley Drive<br>Suite 130<br>Houston, Texas 77060<br>888-237-5798<br>wyman@hkhlaw.com |
| 14 | The Kaeske Law Firm<br>1301 W. 25th Street, Suite 406<br>Austin, Texas 78705<br>512-366-7300<br>mkaeske@kaeskelaw.com |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| 15 | Kelley & Ferraro, LLP<br>2200 Key Tower<br>127 Public Square<br>Cleveland, Ohio 44114<br>216-575-0777<br>twilson@kelley-ferraro.com |
| 16 | Landye Bennett Blumstein LLP<br>1300 Southwest Fifth Avenue, Suite 3500<br>Portland, Oregon 97201<br>503-224-4100<br>jgabler@landye-bennett.com |
| 17 | Law Offices of James Hession PLLC<br>202 N. Saginaw Street<br>St. Charles, Michigan 48655<br>989-865-8298<br>attyjbartkus@charterinternet.com |
| 18 | Levy, Phillips & Konigsberg<br>800 Third Avenue, 13th Floor<br>New York, NY 10022<br>212-605-6200<br>slevy@lpklaw.com |
| 19 | Motley Rice LLC<br>Post Office Box 1792<br>Mount Pleasant, SC 29465<br>843-216-9000<br>jrice@motleyrice.com |
| 20 | Mundy & Singley, LLP<br>816 Congress Avenue, Suite 1670<br>Austin, Texas 78701<br>866-694-2816<br>cissy@mundysingley.com |
| 21 | Nix, Patterson & Roach, LLP<br>205 Linda Drive<br>Daingerfield, Texas 75638<br>903-645-7333<br>klangston@nixlawfirm.com |
| 22 | Paul, Hanley & Harley LLP<br>1608 Fourth Street, Suite 300<br>Berkeley, CA 94710<br>510-559-9980<br>jbryant@phhlaw.com |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| 23 | Porter & Malouf<br>825 Ridgewood Road<br>Ridgeland, MS 39157<br>601-957-1173<br>patrick@portermalouf.com |
| 24 | Robert S. Fink, P.C.<br>6404 Wilshire Blvd, Suite 1001<br>Los Angeles, CA 90048<br>323-653-3030<br>rsflaw2000@yahoo.com |
| 25 | Rose, Klein & Marias<br>801 S. Grand Avenue, 11th Floor<br>Los Angeles, CA 90017<br>213-626-0571<br>swaterstreet@rkmlaw.com |
| 26 | Sales Tillman Walbaum Catlett<br>1900 Waterfront Plaza<br>325 West Main Street<br>Louisville, Kentucky 40202<br>502-589-5600<br>jsatterley@stwlaw.com |
| 27 | Scott & Scott, Ltd.<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>860-537-5537<br>sharon@air2lan.net |
| 28 | Shivers, Spielberg, Gosnay & Greatrex<br>Cherry Hill Plaza<br>1415 Route 70 East, Suite 210<br>Cherry Hill, NJ 08034<br>856-616-8080<br>ggreatrex@sgglawfirm.com |
| 29 | Sieben, Polk, Laverdiere & Dusich<br>1640 South Frontage Road, Suite 200<br>Hastings, MN 55033<br>651-437-3148<br>mpolk@siebenpolklaw.com |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| 30 | SimmonsCooper LLC<br>707 Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024<br>618-259-2222<br>rphillips@simmonscooper.com |
| 31 | The Wartnick Law Firm<br>450 Sansome Street, 3rd Floor<br>San Francisco, CA 94111<br>415-986-5566<br>medwards@wartnicklaw.com |
| 32 | Weitz & Luxenberg, P.C.<br>180 Maiden Lane, 17th Floor<br>New York, NY 10038<br>212-558-5500<br>lbusch@weitzlux.com<br>pweitz@weitzlux.com |
| 33 | Bilbrey & Hylla, P.C.<br>8724 Pin Oak Road<br>Edwardsville, IL 62025<br>618-692-8105<br>mike@bilbreyhyllalaw.com |
| 34 | Lynch, Keefe & Bartels<br>830 Broad Street<br>Shrewsbury, NJ 07702<br>732-224-9400<br>pbartels@lkblaw.com |
| 35 | Hartley & O'Brien<br>2001 Main St., Suite 600<br>Wheeling, WV 26003<br>304-233-0777<br>ljames@hartleyobrien.com |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| 36 | Not Represented by Counsel<br><br>Yolanda Laforge<br>28 Howard Place<br>Speonk, NY 11972<br><br>D. Tucker<br>78 Eagle Circle<br>Pleasant Valley, NY 12569<br><br>Juan Francisco Adame<br>PO Box 380365<br>Duncanville, TX 75138<br><br>Darlene Rose Rodriguez<br>8030 Broadway, Apt 101D<br>San Antonio, TX 78209<br><br>Marcia Hughes<br>PO Box 76H<br>Hiram, ME 04041 |
| 37 | Anapol, Schwartz, Weiss, Cohan, Feldman and Smalley, P.C.<br>1710 Spruce Street<br>Philadelphia, PA 19103<br>1-866-735-2792<br>hlipson@anapolschwartz.com |
| 38 | Ashcraft & Gerel, LLP<br>Suite 1212<br>10 E. Balt. Street<br>Baltimore, MD 21202<br>410-539-1122<br>dlayton@ashcraftlaw.com |
| 39 | Baron & Budd P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>214-521-3605<br>cmancuso@baronbudd.com |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| 40 | The Law Offices of Matthew Bergman<br>614 1st Avenue, 4th Floor<br>Seattle, Washington 98104<br>206-957-9510<br>matt@bergmanlegal.com<br>ulla@bergmanlegal.com |
| 41 | Brent Coon and Associates<br>3550 Fannin<br>Beaumont, Texas 77701<br>409-835-2666<br>lori.slocum@bcoonlaw.com |
| 42 | Brookman, Rosenberg, Brown, Sandler<br>30 South Fifteenth Street<br>Philadelphia , Pennsylvania 19102<br>1-877-760-9890<br>csandler@brbs.com |
| 43 | Brown, Terrell, Hogan, Ellis, McClamma & Yegelwell P.A.<br>Blackstone Building<br>233 East Bay St., 8th Floor<br>Jacksonville, FL 32202<br>904-722-2228<br>pryor@terrellhogan.com |
| 44 | Campbell, Cherry, Harrison, Davis & Dove, P.C.<br>5 Ritchie Road<br>Waco, TX 76712<br>254-761-3300<br>sheila@thetriallawyers.com<br><br>Stark & Stark – A Professional Corporation<br>993 Lennox Drive, Bldg. 2<br>P.O. Box 5315<br>Princeton, NJ 08543-5315<br>609-896-9060<br>tduggan@stark-stark.com |
| 45 | The Carlile Law Firm<br>400 South Alamo Blvd.<br>Marshall, TX. 75670<br>903-938-1655<br>dcarlile@carlilelawfirm.com |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| 46 | The Cascino Vaughan Law Offices, Ltd. 220 South Ashland Avenue Chicago, IL 60607 312-944-0600 shenry@cvlo.com |
| 47 | Clapper and Patti 2330 Marinship Way, Suite 140 Sausalito, California 94965 415-332-4262 steve@clapperlaw.com |
| 48 | Climaco Lefkowitz Peca Wilcox 55 Public Square, Suite 1950 Cleveland, Ohio 44113 216-621-8484 japeca@climacolaw.com |
| 49 | The David Law Firm 10655 Six Pines Drive, #260 The Woodlands, TX 77380 281-296-9090 info@thedavidlawfirm.com |
| 50 | Donaldson & Black, P.A. 208 W. Wendover Avenue Greensboro, NC 27401 336-273-3812 jwblack@wardblacklaw.com |
| 51 | Early, Ludwick, Sweeney & Strauss 360 Lexington Ave., 20th Floor New York, NY 10017 212-986-2233 eearly@elslaw.com |
| 52 | F. Gerald Maples P.A. 902 Julia Street New Orleans, LA 70113 504-569-8732 cduvio@litigationprojects.com |
| 53 | McMurtray & Armistad P.A. 500 East Capital Street Jackson, MS 39201 601-969-9999 pmcmurtray@ma-ms.com |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| 54 | The George E. Cire, Jr. Law Firm<br>6363 Woodway, Suite 600<br>Houston, Texas 77057<br>713-532-6206<br>paralegal@pletchercire.com |
| 55 | Goldberg, Persky & White, P.C.<br>1030 Fifth Ave, 3rd Floor<br>Pittsburgh, PA 15219<br>412-471-3980<br>ppaladino@gpwlaw.com |
| 56 | Goldenberg Miller Heller & Antognoli P.C.<br>2227 South State Route 157<br>Edwardsville, Illinois 62025<br>618-656-5150<br>randy@ghalaw.com |
| 57 | Hobin Shingler & Simon, LLP<br>1011 "A" Street<br>Antioch, CA 94509<br>925-757-7585<br>ron@hslaw.net |
| 58 | Howard, Brenner & Nass, P.C.<br>1608 Walnut Street, Suite 1700<br>Philadelphia, PA 19103<br>877-237-9597<br>dbrenner@hbnpclaw.com |
| 59 | Jacobs & Crumplar, P.A.<br>2 E 7th St., Suite 400<br>Wilmington, DE 19801-3707<br>302-656-5445<br>bob@jandclaw.com<br>stephanie@jandclaw.com |
| 60 | Jones, Martin, Parris & Tessener<br>The Creamery<br>410 Glenwood Avenue, Suite 200<br>Raleigh, North Carolina 27603<br>919-821-0005<br>jmr@m-j.com |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| 61 | Kazan, McClain, Abrams, Fernandez, Lyons & Farrise, P.C.<br>171 Twelfth Street, Third Floor<br>Oakland, CA 94607<br>510-302-1000<br>skazan@kazanlaw.com |
| 62 | The Lanier Law Firm<br>6810 FM 1960 West<br>Houston, Texas 77069<br>713-659-5200<br>pnh@lanier.com |
| 63 | Lauding George Rutherford & Sipes<br>151 North Delaware Street, Suite 1700<br>Indianapolis, Indiana 46204<br>317-637-6071<br>kf@lgrslaw.com<br>km@lgrslaw.com |
| 64 | The Law Office of G. Patterson Keahey P.C.<br>One Independence Plaza, Suite 612<br>Birmingham, Alabama 35209<br>205-871-0707<br>info@mesohelp.com |
| 65 | The Law Office of Jeffrey A. Varas<br>119 Caldwell Drive<br>Hazlehurst, MS 39083<br>601-894-4088<br>varasj@bellsouth.net |
| 66 | The Law Office of Stephen L. Shackleford<br>3010 Lakeland Cove, Suite P<br>Flowood, MS 39232<br>601-936-9939<br>steve@stephenshackelford.com |
| 67 | The Law Office of Trine & Metcalf, P.C.<br>1435 Arapahoe Avenue<br>Boulder, Colorado 80302<br>303-442-0173<br>jcmetcalf@trine-metcalf.com |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| 68 | The Law Offices of Christopher Grell<br>The Broadlake Plaza<br>360 22nd Street, Suite 320<br>Oakland, CA 94612<br>510-832-2980<br>grelllaw@yahoo.com |
| 69 | The Law Offices of Peter G. Angelos<br>One Charles Center<br>100 N. Charles St.<br>Baltimore, MD 21201-3804<br>800-556-5522<br>pmathany@lawpga.com |
| 70 | Louis H. Watson, Jr., P.A.<br>520 East Capitol Street<br>Jackson, Mississippi 39201-2703<br>602-968-0000<br>louis@louiswatson.com<br><br>Eaves Law Firm<br>101 North State Street<br>Jackson, Mississippi 39201<br>601-355-0530<br>shana@eaveslaw.com |
| 71 | Lundy & Davis<br>501 Broad Street<br>Lake Charles, LA 70601<br>337-439-0707<br>canderson@lundydavis.com<br>jsouth@lundydavis.com |
| 72 | Maples & Lomax, P.A.<br>2502 Market Street<br>Post Office Drawer 13968<br>Pascagoula, MS 39568-1368<br>228-762-3161<br>mlscott@cableone.net |
| 73 | Mazur & Kittel, PLLC<br>30665 Northwestern Highway, Suite 175<br>Farmington Hills, Michigan 48334<br>800-990-6380<br>jkittel@mazur-kittel.com |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| 74 | Michael B. Serling, P.C.<br>280 North Old Woodward Ave., Suite 406<br>Birmingham, MI 48009<br>248-647-6966<br>mserling@aol.com |
| 75 | Michie Hamlett Lowry Rasmussen & Tweel, PLLC<br>P.O. Box 298<br>Charlottesville, VA 22902<br>434-951-7200<br>gkendall@mhlrt.com |
| 76 | Morris, Sakalarios & Blackwell<br>1817 Hardy Street<br>Hattiesburg, MS 39401<br>601-544-3343<br>ssims@morris-sakalarios.com |
| 77 | Norris & Phelps, PLLC<br>101 Ferguson Street<br>PO Box 8<br>Hattiesburg, MS 39403<br>601-545-2011<br>lnorris418@aol.com |
| 78 | Paul Reich & Myers<br>1608 Walnut Street, Suite 500<br>Philadelphia, PA 19103<br>215-735-9200<br>rpaul@prmpclaw.com |
| 79 | Pierce, Raimond & Coulter, P.C.<br>2500 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>800-543-9859<br>rpeircejr@peircelaw.com |
| 80 | The Law Offices of Robert A. Pritchard<br>934 Jackson Ave<br>Pascagoula, MS 39567<br>228-762-8877<br>katiejacks01@bellsouth.net<br>mikecunningham07@bellshouth.net |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| 81 | The Provost & Umphrey Law Firm, LLP<br>490 Park Street<br>P.O. Box 4905<br>Beaumont, TX 77704<br>888-835-6009<br>cmoore@provostumphrey.com<br>trivette@provostumphrey.com |
| 82 | Richardson, Patrick, Westbrook & Brickman, LLC<br>1730 Jackson Street<br>Barnwell, SC 29812<br>803-541-7850<br>dbutler@rpwb.com |
| 83 | The Shein Law Center<br>121 South Broad St., 21st Floor<br>Philadelphia, PA 19107<br>215-735-6677<br>bshein@sheinlaw.com |
| 84 | The Masters Law Firm LC<br>181 Summers Street<br>Charleston, West Virginia 25301<br>800-342-3106<br>cml@TheMastersLawFirm.com |
| 85 | The Parron Parrish Law Firm<br>404 East First Street<br>Arlington, TX 76010-1643<br>817-459-4459<br>aread@sbcglobal.net<br>parronfirm@sbcglobal.net |
| 86 | Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110<br>617-720-1333<br>mthornton@tenlaw.com |
| 87 | Wallace & Graham, P.A.<br>525 North Main Street<br>Salisbury NC 28144<br>704-633-5244<br>bgraham@wallacegraham.com |

| All Defendants Listed on Exhibit No. __, Attached to the Third Amended Complaint (dkt no. 160) | Represented By |
|---|---|
| 88 | Waters & Kraus, LLP<br>3219 McKinney Avenue, Suite 3000<br>Dallas, TX 75204<br>214-357-6244<br>twhetstone@waterskraus.com |
| 89 | Wellborn Houston, LLP<br>300 West Main Street<br>PO Box 2200<br>Henderson, TX 75653-11109<br>903-657-8544<br>ps@sadlertx.com<br>ag@sadlertx.com |
| 90 | Wilentz, Goldman & Spitzer, PC<br>90 Woodbridge Center Drive, Suite 900 Box 10<br>Woodbridge, NJ 07095-0958<br>732-636-8000<br>dpacheco@wilentz.com |
| 91 | Wm. Roberts Wilson, Jr., P.A.<br>213 Katherine Drive<br>PO Box 321414<br>Flowood, MS 39232<br>601-948-1111<br>natashamitchell@lawyersouth.com |
| 92 | The Coady Law Firm<br>205 Portland Street<br>Boston, MA 02114<br>617-742-9510<br>duffy@coadylaw.com |